**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.20.108.7**

**ISP:** Optimum Online
**Physical Location:** Wayne, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/08/2016 13:54:21 | E9914BA1916280E8F6306D24795846E16EE6A601 | Cum For A Ride |
| 10/26/2016 20:47:36 | C851B2D8685DDA812635FEDAE85F618DF077DBF1 | Forbidden Fruit |
| 04/14/2016 10:37:34 | 7095F159AFB59D795B0661159E3D88E1C3F59BEB | Nina Needs It Now |
| 04/14/2016 09:59:38 | 6E2855FEAE6BFD0F46859E9474789B00C4C507B3 | Submissive Seduction |
| 04/12/2016 14:03:44 | 76192056E802C6BEA47FAFEFA4E4035A1EB1822C | Every Guys Perfect Threesome |
| 04/07/2016 13:17:17 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 04/07/2016 10:44:22 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 04/07/2016 05:17:16 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 02/29/2016 13:14:49 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 01/30/2016 10:14:15 | B77DF7A34044E15FC18489F101CBEB0607431349 | Sexy Summer Camp |
| 12/23/2015 13:56:21 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 08/31/2015 09:58:01 | 2A19B9CC9092AC10B844E2C79D2CF7CACEF69991 | Keep Cumming Kylie |
| 06/30/2015 05:50:14 | 391E6261BAAF3DCB28A4360EC3C632999BD94893 | A Deep Awakening |
| 06/29/2015 10:31:17 | 483196452BC88CD787574DCEC304B86A7921257C | Lisas Playroom |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

CNJ620